IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL WAYNE MCWILLIAMS,
      Plaintiff,

vs.                                 Case No: 3:04cv289/RV/EMT

ESCAMBIA CHARTER SCHOOL, et al.,,
      Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 25, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to timely serve the complaint and failure to comply with an order of the court.

**DONE AND ORDERED** this 27th day of June, 2006.

          /s/ *Roger Vinson*
          **ROGER VINSON**
          **SENIOR UNITED STATES DISTRICT JUDGE**